JULIA M. JAYNE (State Bar No. 202753)
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
E-Mail: *julia@jaynelawgroup.com*
Telephone: (415) 623-3600

Attorneys for Defendant
HEATHER GHARIBIAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER GHARIBIAN,<br><br>Defendant. | Case No. CR 21-00351-JSW<br><br>**DECLARATION OF JULIA M. JAYNE IN SUPPORT OF SENTENCING MEMORANDUM** |

I, Julia Jayne, declare:

1. I am an attorney licensed to practice law before all courts of the State of California and am with Jayne Law Group, P.C., counsel of record for Heather Gharibian. The following facts are based on my own personal knowledge and as to those facts, I believe them to be true. If called as a witness, I could and would testify competently to those facts.

2. Attached hereto as Exhibit A are true and correct copies of character letters written in support of Ms. Gharibian.

3. Attached as Exhibit B is a true and correct copy of a letter written by Ms. Gharibian.

4. Attached hereto as Exhibit C are true and correct copies of certificates of completion earned by Ms. Gharibian while in Santa Rita Jail.

5. I also learned today that Ms. Gharibian completed 32 modules of culinary curriculum which qualifies her for job skills and housing post-incarceration in Cleveland, Ohio.

Case No. CR 21-00351 JSW
DECL ISO SENTENCING

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 20, 2023                                                   /s/

                                                          Julia M. Jayne