# EXHIBIT A

DEAR JUDGE WHITE                    MAY 1 · 2023

   I AM WRITING THIS LETTER ON BEHALF OF

MY DAUGHTER, HEATHER HALWIG GHARIBIAN.

SHE HAD A GOOD CHILDHOOD, STRONG FAMILY

TIES, A DADDY'S GIRL. HER EDUCATION WAS

TOP GRADE, EARNING A COLLEGE DEGREE,

AND BEYOND.

AFTER 40 YEARS OF A BLISSFUL MARRIAGE, MY

HUSBAND, HER FATHER DIED BY SUICIDE. SHE

FELT DEVASTATED, SUFFERING FEELINGS OF

ABANDONMENT AND DESERTION.

   A FEW YEARS LATER SHE MARRIED AND

MOVED TO CALIFORNIA. THE MARRIAGE WAS

DOOMED FROM THE START AS SHE DISCOVERED

HER HUSBAND WAS SECRETLY SEEKING

FEMALE ATTENTIONS ONLINE. DEVASTATED AGAIN

SHE TRIED TO REPAIR THEIR RELATIONSHIP

WITH COUNSELLING, WHICH THE SPOUSE SAID

"NO". ALIENATION OF FEELINGS WAS HARD

FOR HEATHER TO BEAR. THE MARRIAGE

ENDED IN A BITTER HATEFUL DIVORCE, AND

SINCE THEN TO NOW, MY SECOND GRANDCHILD

HAS BEEN RESTRICTED TO COMMUNICATE

WITH ME, BECAUSE THE FATHER "DOES NOT LIKE ME"
                          HER

   EMOTIONALLY, BROKEN, LOW SELF ESTEEM

VALNUABLE, MATT PELTON CAME INTO HER LIFE.

HE WAS SHREWD, TAKING HIS TIME TO



ACQUAINT HIMSELF TO MY DAUGHTER
AND MY GRANDCHILDREN, TO TAKE ADVANTAGE
EMOTIONALLY, AND FINANCIALLY. MATT
CONTINUED TO WHITTLE HIS WAY INTO THE
HEARTS OF MY DAUGHTER AND MY
GRANDDAUGHTERS — EVIL THINKING. HE
SAID FALSE PROMISES, SAID GRAND IDEAS
THAT NEVER HAPPENED. HE KEPT COMING
INTO THEIR LIVES WITH LIES, HE DUPED
AND DUPED MY DAUGHTER UNTIL SHE
FELL UNDER HIS PERVERTED BEHAVIOR.
  WHICH BRINGS US TO NOW/TODAY.
HEATHER'S TIME AT SANTA RITA JAIL, HAS
BEEN POSITIVE BENEFICIAL RESTORATIVE.
A CO-OPERATIVE FRIENDLY INMATE, AND
EAGERLY ATTENDED ALL CLASSES/PROGRAMS
OFFERED WITH SUCCESS. SHE HAS TOLD ME,
WITH TEARS HOW SHE IS SORRY, VERY
REMORSEFUL FOR HER BAD DECISIONS, BAD
BEHAVIOR, IN OUR LETTERS AND PHONE CALLS.
  MY FEELINGS HAVE BEEN RAGE, ANGER,
DISBELIEF, SHAME, DISGUST, ACCEPTANCE.
HEATHER IS INTELLIGENT, KIND HEARTED
AND WANTED TO BE A GOOD MOTHER.
WE BOTH WANT TO REBUILD MY FAMILY,
THAT IS HEATHER, HER SISTER AND MY
PRECIOUS TWO GRANDDAUGHTERS.

③

HEATHER AND I HAVE FOUND
PEACE WITH EACH OTHER, MY
MOTHERLY LOVE WILL NOT ALLOW
ME TO ABANDON HER, I LOVE
HER DEEPLY, SHE SLIPPED AND
FEEL, AND IS GOING FORWARD
WITH HOPE, SHE DESERVES
A SECOND CHANCE,
I ASK FOR MERCY AND LENIENCY,
WITH SINCERITY,

THANK YOU

TAI WASHINGTON
TAUCWASHINGTON@GMAIL.COM

TAI WASHINGTON
9911 CALODEN LANE
OAKLAND, CA

TELEPHONE:  (510) 479-5319

October 27, 2022

Judge White

     *Re:    Heather Gharibian - PFN # UMD984*

Dear Honorable Judge White:

     My name is Tai Washington. I am 31 years old, a legal assistant at Simpson, Garrity, Innes, and Jacuzzi, and I am writing on behalf of Heather Gharibian, currently incarcerated at Santa Rita Jail, PFN # UMD984.

     I am from Oakland, California, and my family moved to Texas in 2016 and returned to Oakland in 2018. When I returned, I was homeless and in an abusive marriage, so I moved with my grandparents to separate from my husband. I had to take care of my children alone and needed to find a job to support my family. It wasn't easy without a degree or skilled trade, so I interviewed and was offered a part-time position as a receptionist at an Employment Law firm where I met Heather Gharibian in 2019.

     What began as a professional relationship also turned into mentorship and friendship. When I met Heather, I was unstable, broken, and lost. Working at the firm and being the only black woman there, Heather was the only one who did not discriminate against me due to my upbringing and education. Instead, she was kind, patient, and understanding and guided me through the job. When I made mistakes, Heather would never disparage me or act dismissively; instead, Heather sat down with me and taught me the ins-outs of Employment Law. Heather saw more in me than anyone has in a while, and she saw that I could be more than a receptionist for the law firm. Unfortunately, I was laid off during covid-19 March in March, and during that time, she suggested I save my money and go back to school to get my Paralegal Certificate. When business began opening, I was offered my position again as a full-time receptionist at the firm. At that time, I also started school, and Heather helped me learn how money management so I could pay to attend school and pay my bills. I also learned how to study while working since she had done this when she attended college.

     Furthermore, Heather taught me how to provide for my children while going to work and school full-time. She helped me multitask my children's schoolwork and sports and even helped plan meals weekly. All of what she did helped me receive my Paralegal Certificate in February of 2022, and I was prompted to be a Legal Assistant.

Given the back story of our relationship, I knew of Matt Pelton, and I could see Heather's struggles with trying to break free from what everyone could see as a toxic, emotionally abusive, and controlling relationship. I wish I had known her drinking was out of control, and I wish I had the words and wisdom to tell her to leave, but I didn't. But I watched how excessively manipulating he was with her. Although she was taking all the steps necessary to break from him, for example, blocking his calls and emails and removing a tracking app he had on her phone, he would find a space in her fence (her heart) and come to the job or show up at her house to beg for her to take him back. The cycle began. It was so painful to witness him weaken a thriving family-orientated career woman.

I have had contact with Heather throughout the year she has been incarcerated at Santa Rita Jail, and I can say that she has applied herself in every way possible to learn and grow from her poor judgment in dating Matt Pelton. As my grandmother would say, she is book smart but not street smart, and going through this situation, I know she's learning and growing from dating and allowing a man to manipulate her. She loves her children the way I would see her interact with them at home and when she brings them to the office. Heather would get drawings and awards in the office and hang them up at her desk; she talked and showed pictures of all the kids' school events, their hair hairdos, and new books they were reading. She is and was a proud mother.

I know she is devasted she can no longer be involved in their life as a mother to them. That is why her arrest was so shocking because, if anything, she was passionate about her children; before, she never thought she could have children. Those kids were miracles to her. Ultimately, Heather has so much to offer. I believe she can positively impact the community with the wisdom and experience she gained from being incarcerated and her education. Her testimony can show other disadvantaged, abused, homeless women in the community before being incarnated or dead. She can help women like this by being on an ankle monitor or rehabilitation program. But I learned that being in jail can make a person who made a wrong decision into a monster. I see it all the time in my community men and women who were given jail time with no other alternatives to rehabilitation. Those people leave jail worse than when they came in. Even with Heather's record now, I know she will be a productive member of society with total conviction.

Best,


Tai Washington

Your Honor
I am writing this letter to
let you know how remarkable
Heather is. We have been in
Santa Rita together since December
of last year. And we have
lived in the same pod together
since Aug of this year. We have
shared stories of our families,
friends, and lives outside those
Santa Rita walls. Heather lights
up when she talks about her
daughters. As a mother myself to
a 16 year old girl, heather and
I have talked about the struggles
we have experienced while being
single mothers. And the heartache
we feel by not being with our
families right now. She keeps
journals for her girls that she
writes in almost everyday.
          Despite all of the over-
whelming feelings, Heather gets up
everyday and excercises, goes to
classes, and participates in the
everyday life here. she is always
positive and always willing to lend
a helping hand. No matter how

small or how big. Wether it
be an officer asking for help
with dinner, or an inmate asking
for advice.

Heather has helped me through
some of my darkest times. She has
talked me through my depression,
cried with me, laughed with
me, and made sure I didn't
feel alone. Heather is a inspiration
to everyone she meets. I believe
that Heather can do so much
more outside these, Santa Rita
walls

I know first hand how
prison can mentally destroy someone.
And I believe that by sending
Heather to prison would cause more
damage to her life and her
familys life, including her two
daughters.

Thankyou,

Michell

9/20/22

To whom it may concern,

I am writing this letter on the behalf of Heather Gharibian. I have only known her for 1 year but its been a wonderful year getting to know her. She is very caring, compassionate and understanding woman and she has 2 beautiful daughters that she loves more then anything in the world and want more then anything to be home with them being the mother that she has always been to them. Heather is currently going through a deep depression due to being away from her 2 daughters for 1 year. She is praying and keeping faith in God that things will work out in her best interest and she will soon be able to be home and a family with her 2 daughters.

Jacqueline Wuttke
Jacqueline Wuttke

9-18-22

To Whom it May Concern,

I'm writing on behalf of Heather Ghazikani my name is Jamia Corlett. I have not known her very long but the time that I've known her from our time of incarceration in Santa Rita Jail has really had a deep impact on me. There has been lots of times I've had suicidal thoughts, thoughts of giving up, & feeling alone and she has been there for me. She lets me know you are beautiful person inside & out, gives me hugs, lets me know I'm important, that I'm loved, that there is life after all of this & that it gets better, gives me therapeutic talks & motivation speaking. She's a really compassionate person whenever anyone needs help & feeling down she's always there to uplift their spirits, help you find exercise & meditation techniques to better deal with anxiety & depression. Since her incarceration she's been a model citizen and role model she has worked as a Pod worker for our housing unit also been a trainee to other new coming Pod workers also has never had a disciplinary write up due to bad behavior or rude disrespectful attitude toward deputies. Being incarcerated can really be hard and take its toll on us as mothers. She has grown & stood strong throughout its opticals she has grown closer to God above and its word. She is taking classes to become a better her for herself and beautiful children whom she loves and cares about dearly & would give the world. I

feel God definately brings people in your life for a reason I must say Im glad to have met a beautiful & wonderful person in her. We've definately learned somethings from one another. Skys the limit & I see a bright future for he with many blessings to come and you can make that bright future happen for her. If you can find it in the kindness of your heart you can make that possible.



To whom this concerns                    Sept. 15th 2022
My mame is Margaret Wilson BNB887
Friend of Heather.

Heather G. is a awesome person. She is a
person that encourages you. She works well
with others as she wts a pod worker, She
would make sure thoose with disabilities
would be helping even if its with meal
time or Pod time or getting authority
help to help a fellow inmate. She talks
about her future and her family. She
is all on education we attend
classes here we are advanced in
our courses great study buddy, She
needs opportunity to be with her
family and I know and beleve in
another chance because not every
person shows as much promise as
    Heather to be able to prove
She can make a better future for her
Self and family. God bless

If you like to here more from me
contact Heather and she will let me
know.

                    @lmAg Wlsu

Honorable Judge,                                    October 1, 2022

My name is Meikoann Bradley, I am 37 years old and I have been in jail on and off for the last 10 years. I am writing to you in regard to a defendant in one of your cases, Heather Gharibian.

Heather is genuinely nice and caring type of person. I have witnessed her help other inmates write grievances and medical forms, lend her colored pencils to inmates who wanted to do art for their kids but who couldn't afford colored pencils and watched her tutor inmates struggling with classes. Heather is also unconditionally generous with her commissary. She would put a candy bar or bag of chips in lunches of the indigent inmates and tell them that their name was drawn from the "Inmate Giving Fund". I asked her why didn't she tell them the truth and she said "I don't need recognition". "Seeing their smile is enough for me." This was a quality I had never seen before in someone that was incarcerated with me and I totally respect Heather for that.

We had the opportunity to have some long talks. I asked her if she was mad she could not fight her case on the outs. She said "At first I was very upset about that, I really was. But now I

realize that I would have missed out on meeting some really great people, and being here forced me into sobriety - there is no more hiding behind a bottle. I've learned alot about myself. I guess, in a way, I met myself in here. Being here has forced me to reflect on what a weak person I was turning into ... I was the worst version of myself, wasn't thinking straight and made many bad choices. Now I have the chance to be the person I've always wanted to be, and when the time is right, to be the mother my kids deserve."

I can tell you that most people in denial - sleep their time away in jail. Heather always stays up after breakfast and begins her day. Podworking took up alot of her time, but even after not being a podworker she still structures her day so that she is always learning and being productive. I asked her why she does this and she answered "I owe it to myself and I owe it to my children to make all this time count ~~for~~ something."

I know that talking about her children is a very painful subject for Heather because she misses them beyond what words can express. I knew it was hard for her to listen to other

Inmates call their children everyday... It was also hard for her to stomach the inmates who never called their kids but could. It made Heather really happy to draw pictures for her girls or save articles they'd like. I don't think a night went by that she didn't cry herself to sleep quietly. She said that the pain is the only reminder that she was once a mother.

Heather is not a hardened criminal or a repeat offender. She let the wrong man in her life and he took full advantage of her. And she will pay for that for the rest of her life. One of our teachers once said "You are so much more than the worst thing you may have done." That is true of Heather. She is kind, giving, compassionate, humble and benevolent.

Not all people who stand before you deserve a prison sentence, Your Honor. You have the power to do one of two things: you could simply sentence her — and you could make her become another statistic in an already broken system, or, you can recognize she is someone different and use your power to actually help her by putting her in a program where she can get and work through the traumas

She has gone through. I know Heather has suffered being here and being seperated from her children. I've seen her break down and cry when she thought nobody was looking. Her co-defendant put her through hell as has ruined her life. She has lost EVERYTHING. Thank you for taking the time to read this.

Best Regards,
Meikann Bradley - BFR498

Your Honnor,                          Sept. 24, 22

My Name is Aledhea Jura Weyant Castillo and I am writing to you on behalf of Heather Gharibia. I have been in and out of the penal system for approx 10+ yrs, and I have met all kinds of people along the way. I can honestly say that I have never met anyone like Heather Gharibian, nor have I ever felt so strongly to write a letter on anyones else's behalf, she may be just another defendant, or a case number to you, however to a lot of us who are incarcerated in Santa Rita Jail, she is so much more.

I met Heather when I came in April 2022. At that time, Heather was the lead pod worker, she approached me, introduced herself and then took the time to ask if I had any dietary restrictions. Not once in all the years I have been in and out has a pod-worker or deputy cared enough to ask those kinds of questions or make sure my needs were met. On top of that, it took about a week n a half for my special diet to take effect w/ the kitchen staff. During that time

2

Heather made sure I had enough of the foods I needed so I wouldn't go hungry.

Further Heather went above and beyond her duties as a podworker and made sure we always had our hygiene supplies and clean laundry and bedding.

I witnessed Heather be compassionate, patient, understanding and non-judgmental, not just with me, but with others, I went through some low moments being hard on myself and feeling hopeless about my circumstances, Heather always noticed and she helped me build confidence.

Her job as a podworker came to an abrupt end after about 6 months, through no fault of her own, It was due to a baswide change from the Captain regarding podworkers eligibility in conection with certain charges disqualifing people from working. Heather was beyond devistated. Things that she took care of have gone down hill ever since. Many of the house deputies were in shock and some commented that she was the best podworker they ever worked with. One of the sergents even had a dis-

3

cussion with her and offered to
bring it to the Lieutenant level
to get her Reinstated. Your honor,
I seen deputies and sargents rally
for an inmate. Believe me when I tell
you, this speaks volumes about Heather
and her character and what she has
and can offer.

She was moved into my pod and
we lead on eachother for support,
it was during this time that I
learned just how much pain Heather
suffers as a result of missing her
daughters. She worries about them
all of the time and writes to them
and sends to her mother for safe keeping
until they can have them. Heather
also confided about her struggle with
alcoholism and how much she was
drinking in the last two years and I
know she is filled with sadness and
regret. Nobody can punish her more
than she punishes herself every day.

Heather has never gotten in
trouble or received a write up, which
is rare in here. She doesn't sleep
her days away and is always will-
ing to participate in any kind of pro-

4

programming, she continues to help in-
mates in need, weather its as shoulder
to lean on or sharing her commissary
if somebody is hungry. I am a pod-
worker now and that is because of
her. She convinced me to go for it and
during times I wanted to quit she
talked me through it, and trained
me from behind the gate as much as
she could.

Your honor, Heather doesn't
belong in prison. I've seen alot over
the years and I've been through
horrible situations and there
are definitely people who deserve
to be in prison, but not her.


Sincerely.

Aledrea Weygant
AX4609

I know Heather GHaribion from SRJ in 2y lower B Pod. She was very kind & easy to talk too. I thought she was definitly out of place being in Jail. When we introduced ourselves, She told me she used to be a paralegal which came in handy later when I had Questions about court and legal matters. Everyone in our pod Referred to Heather as the "mother Hen" of the pod. She was loved by everyone and always Respectful. On April 16th, I was Reclassified to 2i east C pod. SRJ had classified me wrong. This is where Heather and I got reunited. One day, in may I believe; A deputy was bringing a new inmate into our pod. My eyes arent the best but it sure looked like Heather. Honestly, even though it looked like her my thoughts here, "Ya Right Heather would never be over here!" I Remember this day

so vividly. As she walks in the pool, all the inmates that knew her from previously being in 24 pool yelled excitedly "HEATHER!!" As I approached her, I saw her right eye was black & blue with a thick laceration right below her eye. Being that Heather is by no means violent or confrontational this was very shocking to see. Later I found out from her that it was because of her charges. Being in a 2 man cell can affect you mentally so I was concerned for Heather. I was also excited because I knew she would help us with the problems in our pool. Within Heathers first week with us, she ~~spoke~~ spoke up & got our water fountain, which had been broken fixed within just 2 days & Also the mold in the showers brought to their attention. She was already making a big difference in our lives. It's the little things like

actual Hot water to us in here. I would always talk to Heather about my life, drama, problems, advice etc. I believe she has a way with words, She always made me see the bigger picture or made me really question my Decisions & In a good way. As time goes on and we got closer, I noticed Heather was Isolating More than anyone in here does. I was always encouraging her to come out, then one day I could see something was making Heather distraught. I remember asking, "Whats wrong?" Heather just hugged me and started crying. I remember Heather saying, "Michelle if I told you what I'm up here for, you will hate me, and if you told anyone they could possibly one day attack me like the girl did in 24 pod." Heather didn't know, But I already knew what her charges were. I said, "I know it has to do with

your kids and your codefendent"
Although suprised she then
opened up and filled in the blanks
for me and shared her fears
and what was troubling her.
We had a long heart to
heart. My thoughts were
"HEATHER.. I CANT BELIEVE
YOU EVEN DID THAT!! I CANT
EVEN IMAGINE YOU BEING
THAT PERSON!" "It's UNREAL!"
She then explained what
happened in my pod, the person
assaulting her because of her
charges." She couldn't hold
back her emotions. She
expressed how much she "hates
herself and that she has to live
with it for the rest of her
life." Heather says, "I want
my daughters to know im
taking accountability for
what I did", "Im not
trying to get away with it,
cause I can't I feel that
guilt and shame everyday."
Our conversation that day

is what im hoping for her.
Every child deserves to have
their mother in their life.
Statistics speak for themselves
with kids that grow up without
parents or having incarserated
parents even. Both Heather
& I have learned this in parenting
classes. And im not going to lie,
but im scared for Heather to go
to prison, because she most likely
will get assalted again because
of her charges. With heather
being older and having back
problems it really worrys
me. She shouldn't have to endure
that pain ontop of everything
else. Heather is a great person.
And im positive she was a
amazing mother, before
misory allowed bad company.
Prisons and jails say they are
trying ~~rehabilitate~~ to rehabilitate
inmates in hopes of them betterir
themselves and doing amazing things
with their life. Rehabilitating can

only go so far behind these walls. Outside in the real world is where people need it more. Bettering them on the inside, getting educated about themselves and their behaviors. Learning how to make sure they make better decisions and most importantly how to learn to love & forgive themselves. Heather isn't a criminal. And their is no way she even remotely fits in at a prison. I believe with help Heather and her family can once again be reunited. Heather and her daughters are gonna need to learn how to heal their relationship. I just don't see any healing happening behind cement walls. I wish you could know the Heather that I know, not the Heather that is on paper with her only real crime ever committed in her entire life.

Heather is a beautiful soul,
who I love her immensely. to
I pray Heather receives
that second chance I received
with my son. I pray for
resources that will help Heather
and her family. I pray for
rehabilitation for heather & her
family and that God heals their
pain and makes them stronger
as a family. I believe heather
will be that inmate that giving
that second chance, would make
a great example to not only herself
And family but to the world.
I believe in her and I pray
that whoever this letter
reaches that you do too. And
that possibly you can relate
to the pain and misery of loosing
someone close to you and most
importantly I hope you
believe that are mistakes
don't define us as a person.
Instead, making us learn
from them and thriving

To become a better person
then what we were yesterday
which is what I have witnessed
Heather doing every day.

Thank you

Michelle Wagenseller
B1C071
B1C071 ≠ Jail pen sorry ≠